# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'    JS-6

| Case No. | 2:17-cv-02706-CAS (RAOx) | Date | May 8, 2017 |
|---|---|---|---|
| Title | HOLLYVALE RENTAL HOLDINGS, LLC v. MARVELLA B. PALMER ET AL. | | |

Present: The Honorable    **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present      `      Not Present

**Proceedings:**     (IN CHAMBERS) - ORDER GRANTING REMAND

On January 5, 2017, plaintiff Hollyvale Rental Holdings, LLC filed an unlawful detainer action in Los Angeles County Superior Court against Marvella B. Palmer and Does one through ten. Dkt. 1, Ex. A. On April 10, 2017, defendant Shakonda Harts[1] removed this action to this Court on the basis of diversity jurisdiction as well as federal question jurisdiction, asserting that his defenses to the unlawful detainer action raise issues of federal law. Dkt. 1.

On April 18, 2017, the Court ordered defendants to show cause why this matter should not be remanded to the Los Angeles County Superior Court. Dkt. 5. Defendants were ordered to show cause no later May 2, 2017. Id. To date, defendants have not complied with the Court's order by filing any responsive document. On April 19, 2017, plaintiff has filed a motion to remand this matter. Dkt. 7.

For the reasons stated in the Court's Order to Show Cause, this Court lacks subject matter jurisdiction over this unlawful detainer action. Accordingly, **it is hereby ordered that this case be remanded** to the Superior Court for the State of California, County of Los Angeles and that a certified copy of this order be mailed by the clerk of this court to

---

[1] While Harts is not listed by name in the complaint, it appears from his filings that he cohabitates with Palmer at the property at issue. For this reason, the Court assumes Harts is a Doe in the original complaint, who now appears, in pro per.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**      **'O'**   **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-02706-CAS (RAOx) | Date | May 8, 2017 |
| Title | HOLLYVALE RENTAL HOLDINGS, LLC v. MARVELLA B. PALMER ET AL. | | |

the clerk of the Los Angeles County Superior Court, Central District, located at 110 North Grand Avenue, Los Angeles, CA 90012.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Preparer | CMJ | |